# *UNITED STATES DISTRICT COURT*

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

## **CRIMINAL COMPLAINT**

v.

M.J. No.: $05-1696-CBS$

**SAMNANG AM**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about **May 26, 2005** in **Essex** County and elsewhere in the District of

**Massachusetts** , defendant did, (Track Statutory Language of Offense)

**knowingly and willfully possess a firearm which has moved in interstate commerce while being a convicted felon,**

in violation of Title __18__ United States Code, Section __922(g)(1)__ .

I further state that I am a __Special Agent - ATF__
                                    Official Title

and that this complaint is based on the following facts:

**Please see attached Affidavit of Special Agent John L. Kelter.**

Continued on the attached sheet and made a part hereof: [x] Yes [ ] No

Signature of Complainant
John L. Kelter
Special Agent - ATF

Sworn to before me and subscribed in my presence,

__July 6, 2005__
Date

**Charles B. Swartwood, III,**
**United States Magistrate Judge**
Name and Title of Judicial Officer

at **Boston, Massachusetts**
     City and State

Signature of Judicial Officer