≊AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| SAMNANG AM | Case Number:  05-1676-CBS |

| PRESIDING JUDGE<br>Charles B. Swartwood, III | PLAINTIFF'S ATTORNEY<br>Asiaf | DEFENDANT'S ATTORNEY<br>Underhill |
|---|---|---|
| TRIAL DATE (S)<br>8/3/2005 | COURT REPORTER<br>3:49 | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witnesses |
| | | 8/3/05 | | | John Keltor |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 8/3 /05 | X | X | Complaint & Affidavit in Support of |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages