AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

SAMNANG AM

WARRANT FOR ARREST
Case Number: 05-1676-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Samnang Am**
                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**felon in possession of a firearm,**

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

RECEIVED
2005 JUL -6 A 11: 13
U.S. MARSHAL SERVICE
BOSTON, MA

Charles B. Swartwood III                    Chief Magistrate Judge
Name of Issuing Officer                     Title of Issuing Officer

[signature]                                 Boston, MA; July 6, 2005
Signature of Issuing Officer                Date and Location

Bail fixed at $ _____

ATF
WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE ABOVE NAMED DEFENDANT ON 8/4/05

| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT | | |
|---|---|---|
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |