UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) | **05 CR 10226 RWZ** |
| ) | Crim. No. |
| v. ) | VIOLATION: |
| ) | 18 U.S.C. § 922(g)(1) |
| SAMNANG AM, ) | Felon in Possession of a |
| Defendant. ) | Firearm and Ammunition |
| ) | |

## INDICTMENT

**COUNT ONE:** (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm & Ammunition)

The Grand Jury charges that:

On or about May 26, 2005, in Lynn, in the District of Massachusetts,

**SAMNANG AM,**

defendant herein, having previously been convicted by a court of a crime punishable by imprisonment for a term exceeding one year, did possess in or affecting commerce, a firearm and ammunition, to wit:

(1)   a FIE Titan .25 caliber pistol, bearing serial number ED95520, and

(2)   six rounds of PMC .25 automatic ammunition;

All in violation of Title 18, United States Code, Section 922(g)(1).

-1-

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
LISA M. ASIAF
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, August ___, 2005.

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk
8/24/05
2:55pm

-2-

&JS 45 (5/97) - (Revised USAO MA 6/29/04)

**05 CR 10226 RWZ**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: Lynn, MA      Category No. II      Investigating Agency ATF

City   Lynn

County   Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   05-1696-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Samnang Am      Juvenile  [ ] Yes  [X] No

Alias Name   a/k/a Sammang Am

Address   4 Houghton Street, Lynn, MA

Birth date (Year only):  1983   SSN (last 4 #):  9722   Sex M   Race: Asian   Nationality: U.S.

Defense Counsel if known:   Walter H. Underhill, Esq.      Address: 66 Long Wharf, 4th Floor
                                                                    Boston, MA 02110

Bar Number:   506300

**U.S. Attorney Information:**

AUSA   Lisa M. Asiaf       Bar Number if applicable  634636

Interpreter:  [ ] Yes  [X] No      List language and/or dialect:   English

Matter to be SEALED:  [ ] Yes  [X] No

[X] Warrant Requested      [ ] Regular Process      [X] In Custody

**Location Status:**

Arrest Date:   May 26, 2005

[X] Already in Federal Custody as   of July 20, 2005     in   Wyatt Det'n Facility, Central Falls .
[ ] Already in State Custody _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____   on _____

Charging Document:  [ ] Complaint    [ ] Information    [X] Indictment

Total # of Counts:  [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  August 24, 2005      Signature of AUSA:  Lisa M. Asiaf  /s/ Lisa M. Asiaf

05 CR 10226 RWZ

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Samnang Am

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §922 | Felon in possession of firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**