UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
         v.                         )   CRIMINAL ACTION
                                    )   NO. 05-10226-RWZ
SAMNANG AM,                         )
         Defendant,                 )
_____)

INITIAL STATUS REPORT
November 4, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has completed its obligation for automatic discovery. Mr. Am's counsel is presently on trial in this Court and has requested additional time after he concludes his current trial to review the discovery produced by the Government. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on December 13, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.   <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Am, I am excluding from the Speedy Trial Act, the period from October 6, 2005 (date of expiration of prior order of excludable time) through December 13, 2005 (date by which Mr. Am and his counsel will have reviewed discovery produced by the Government). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, February 21, 2006</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE