# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
                                  )
UNITED STATES OF AMERICA          )
                                  )
             v.                   )      CRIMINAL ACTION
                                  )      NO. 05-10226-RWZ
SAMNANG AM,                       )
             Defendant,           )
                                  )
```

## ORDER OF EXCLUDABLE TIME
### November 4, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from October 6, 2005 (date of expiration of prior order of excludable time) through December 13, 2005 (date by which Mr. Am and his counsel will have reviewed discovery produced by the Government) shall be excluded from the Speedy Trial Act.


/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE