## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | **CRIMINAL ACTION** |
| ) | **NO. 05-10226-RWZ** |
| SAMNANG AM, ) | |
| Defendant, ) | |

### STATUS REPORT
### December 19, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

Mr. Am's counsel has requested additional time to complete his review of discovery produced by the Government in this case. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on January 13, 2006, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government and with the assent of

counsel for Mr. Am, I am excluding from the Speedy Trial Act, the period from December 13, 2005 (date of expiration of prior order of excludable time) through January 13, 2006 (date by which Mr. Am's counsel will have completed his review of discovery produced by the Government in this case). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, March 24, 2006</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE