UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
            v.                      )   CRIMINAL ACTION
                                    )   NO. 05-10226-RWZ
SAMNANG AM,                         )
            Defendant,              )
_____ )


STATUS REPORT
January 27, 2006

**SWARTWOOD, C.M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1. Discovery

Mr. Am's counsel has had a recent heavy trial schedule and has requested additional time to complete his review of discovery produced by the Government in this case. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on March 6, 2006, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

At the request of the Government and with the assent of

counsel for Mr. Am, I am excluding from the Speedy Trial Act, the period from January 13, 2006 (date of expiration of prior order of excludable time) through March 6, 2006 (date by which discovery in this case shall be completed).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, May 15, 2006</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE