UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | **CRIMINAL ACTION** |
| ) | **NO. 05-10226-RWZ** |
| SAMNANG AM,   ) | |
| Defendant, ) | |

**ORDER OF EXCLUDABLE TIME**
**January 27, 2006**

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 13, 2006 (date of expiration of prior order of excludable time) through March 6, 2006 (date by which discovery in this case shall be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE