UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | Criminal No.05-10226-RWZ |
| ) | |
| ) | |
| V.                                    ) | |
| ) | |
| ) | |
| SAMNANG AM                    ) | |

## ASSENTED TO MOTION TO CONTINUE STATUS HEARING

Now comes the defendant, Samnang Am, through and by his attorney,  and moves this Honorable Court to continue his status hearing scheduled for today, March 6, 2006 at 2:45 PM. Defense counsel requests a four week continuance.

In support of this motion the defendant through counsel states that he needs additional time to review discovery and other matters with his client. Additionally this continuance is assented to by AUSA Lisa M. Asiaf.

The defendant,
SAMNANG AM
By his attorney,

‘/s/Walter H. Underhill, Esquire’
Walter H. Underhill, Esq.
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300

### *SPEEDY TRIAL WAIVER*

The defendant agrees that the time from March 6, 2006 to the next scheduled date is excludable time under the Speedy Trial Act and hereby waives said time.

SIGNED:         ‘/s/Walter H. Underhill, Esquire’
                      WALTER H. UNDERHILL, ESQ.

DATE:            _____March 6, 2006_____

## RULE 7.1 CERTIFICATION

The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government, Lisa Asiaf.

SIGNED:    '/s/Walter H. Underhill, Esquire'___

DATE:            _____March 6, 2006_____

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

SIGNED:    '/s/Walter H. Underhill, Esquire'___
                WALTER H. UNDERHILL, ESQ.

DATE:            _____March 6, 2006_____