# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|                              |   |                      |
|------------------------------|---|----------------------|
| UNITED STATES OF AMERICA,    | ) |                      |
|                              | ) |                      |
|         v.                   | ) | **CRIMINAL ACTION**  |
|                              | ) | **NO. 05-10226-RWZ** |
| SAMNANG AM,                  | ) |                      |
|         Defendant,           | ) |                      |

## STATUS REPORT
### April 18, 2006

**HILLMAN, M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1.  Discovery

The discovery in this case is complete and the parties have requested an additional thirty days to further evaluate discovery material and to explore whether there is any possibility of a plea agreement. Accordingly, I have granted their request.

2.  Final Status Conference

A final status conference shall be held in this case on May 15, 2006, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3.  Excludable Time

At the request of the Government and with the assent of counsel for Mr. Am, I am excluding from the Speedy Trial Act, the period from April 14, 2006 (date of expiration of prior order of

excludable time) through May 15, 2006 (date of final pretrial conference).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, July 24, 2006</u>.

<u>/s/Timothy S. Hillman</u>
TIMOTHY S. HILLMAN
MAGISTRATE JUDGE
