# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | |
| v. | ) | **CRIMINAL ACTION** |
|  | ) | **NO. 05-10226-RWZ** |
| SAMNANG AM, | ) | |
| Defendant, | ) | |

## STATUS REPORT
### May 18, 2006

**HILLMAN, M.J.**

The following is a Status Report to Zobel, J. to whom this case is assigned:

1. <u>Discovery</u>

The discovery in this case is complete and the parties have requested one final continuance to explore the possibility of a plea agreement. Accordingly, I have granted this request.

2. <u>Final Status Conference</u>

A final status conference shall be held in this case on June 6, 2006, at 10:00 a.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government and with the assent of counsel for Mr. Am, I am excluding from the Speedy Trial Act, the period from May 15, 2006 (date of expiration of prior order of excludable time) through June 6, 2006 (date of final pretrial conference). Therefore, assuming no

further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Tuesday, August 15, 2006.

        /s/Timothy S. Hillman
        TIMOTHY S. HILLMAN
        MAGISTRATE JUDGE