UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 1:05-cr-10226 RWZ |
| ) | |
| ) | |
| V. ) | |
| ) | |
| ) | |
| SAMNANG AM ) | |

ASSENTED TO MOTION TO EXTEND TIME FOR FILING PRE-TRIAL MOTIONS
TO DISMISS AND SUPPRESS

Now comes the defendant, Samnang Am, and moves this Honorable Court to extend the time for filing pre-trial motions to dismiss and suppress from July 13, 2006 until July 24, 2006 with the government's response extended until August 23, 2006.

In support of this motion the defendant through counsel states that he is currently still on vacation until July 17, 2006 and requests this Honorable Court to grant defendant's attorney this additional time to file these pre-trial motions. Additionally, defense counsel has spoken to AUSA Lisa Asiaf who assents to this motion.

        The defendant,
        SAMNANG AM
        By his attorney,

        '/s/Walter H. Underhill, Esquire'
        Walter H. Underhill, Esq.
        66 Long Wharf
        Boston, MA
        02110
        4th. Floor
        Tel. # 617-523-5858
        B.B.O. # 506300

## *SPEEDY TRIAL WAIVER*

The defendant agrees that the time from July 13, 2006 until the disposition of his pre-trial motions is excludable time under the Speedy Trial Act and hereby waives said time.

SIGNED:     '/s/Walter H. Underhill, Esquire'
                  WALTER H. UNDERHILL, ESQ.

DATE:     July 10, 2006

## **RULE 7.1 CERTIFICATION**

The parties have had an opportunity to confer on this motion and the motion is assented to by the attorney for the Government, Lisa Asiaf.

SIGNED:     '/s/Walter H. Underhill, Esquire'

DATE:     July 10, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

SIGNED:    '/s/Walter H. Underhill, Esquire'
           WALTER H. UNDERHILL, ESQ.

DATE:             July 10, 2006