THE HONORABLE JUDGE RYA ZOBEL  
United States District Court  
District Of Massachusetts.  
1 Courthouse Way  
Boston, Mass   02210                    September,9,2006

RE: U.S. VS.  Am SAmnang/  Docket No: 05cr10226 RWZ.
---

YOUR HONOR:

    I RESPECTFULLY REQUEST to be assigned another Attorney in the above case. I have been incarcerated for 14 Months and have spoken with my attorney Walter Underhill twice at the Wyatt Detention Facility since my arrest and a only a couple of times over the phone in all that time. I have asked him last time he was here to file a motion to Surpress Evidence before you. I have not since heard from him and I have been trying to reach him by phone with no contact yet.

At this time I would like to move this Honorable Court and ask her Honor to please allow me to change Attorney's now and to have the Court appoint new councel to this Defendant now before the Plea process goes any further if it has at all, To my knowledge I have not received one as of yet. I Hereby state to this Honorable Court that I am not satisfied with the representation of this Attorney and do not feel that this Attorney is going to represent me to the best of his ability in the future.

Could you Please advise me of Her Honor's decision as soon as you have one. Thank You very much for your time Your Honor, in this matter it is very much Appreciated.

                                              Very Truly Yours,

                                              Samnang Am   25721038  
cc: Self  
    Mr. UnderHill, Attorney.          Wyatt Detention Facility  
    Clerk File.                             950 High Street  
                                          Central Falls   RI   02863