UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.05-10226-RWZ |
| ) | |
| ) | |
| V. ) | |
| ) | |
| ) | |
| SAMNANG AM ) | |

### MOTION TO WITHDRAW MOTION TO CONTINUE TRIAL DATE AND REQUEST ORDER FOR PRE-PLEA PRESENTENCE REPORT

Now comes the defendant, Samnang Am, through and by his attorney, and requests this Honorable Court to withdraw his motion to continue his trial date of May 14, 2007.

In support of this motion the defendant through counsel states that the issues raised in his original motion and his conflict in schedule are resolved and that he is ready to proceed to trial on May 14, 2007.

                                                      The defendant,
                                                      SAMNANG AM
                                                      By his attorney,

                                                      '/s/Walter H. Underhill, Esquire'
                                                      Walter H. Underhill, Esq.
                                                      66 Long Wharf
                                                      Boston, MA
                                                      02110
                                                      4th. Floor
                                                      Tel. # 617-523-5858
                                                      B.B.O. # 506300

RULE 7.1 CERTIFICATION

       The parties have had an opportunity to confer on this motion and the defendant has informed Government's counsel that he is ready to proceed to trial on May 14, 2007.

SIGNED:   '/s/Walter H. Underhill, Esquire'

DATE:   May 3, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

SIGNED:   '/s/Walter H. Underhill, Esquire'
           WALTER H. UNDERHILL, ESQ.

DATE:   May 3, 2007