**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 05-10226 RWZ |
| ) | |
| SAMNANG AM ) | |
| Defendant. ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through the undersigned Assistant U.S. Attorneys, hereby submits an Exhibit List in the above captioned matter. The government respectfully requests leave to supplement this Exhibit List as necessary prior to trial.

1. .25 caliber FIE Titan semiautomatic pistol, bearing serial number ED95520

2. .25 caliber automatic ammunition

3. Aerial photograph of area of arrest

4. Certified copy of conviction (either Salem District Court, Docket No. 0336CR2633A-B or Lynn District Court, Docket No. 0313CR005986)

Dated: May 4, 2007

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   */s/ Lisa M. Asiaf*
JAMES F. LANG
LISA M. ASIAF
Assistant U.S. Attorneys
Tel: (617) 748-3100

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 4, 2007.

                                        */s/ Lisa M. Asiaf*
                                          LISA M. ASIAF