UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Crim. No. 05-10226 RWZ<br>) |
| SAMNANG AM<br>        Defendant. | )<br>)<br>) |

## GOVERNMENT'S WITNESS LIST

The United States of America, by and through the undersigned Assistant U.S. Attorneys, hereby submits a witness list in the above captioned matter. The government respectfully requests leave to amend this witness list as necessary prior to trial.

1. Michael Vail, Sergeant, Lynn Police Department

2. Michael Kmiec, Officer, Lynn Police Department

3. Mark Richmond, Officer, Lynn Police Department

4. Brian Canavan, Sergeant, Massachusetts State Police, Firearms Identification Section

5. Scott Taylor, Probation Officer, Lynn District Court Probation Department

6. Michael Oppenheim, Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives

7. John Kelter, Special Agent, Bureau of Alcohol, Tobacco, Firearms & Explosives

Dated: May 7, 2007

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   *s/ Lisa M. Asiaf*
JAMES F. LANG
LISA M. ASIAF
Assistant U.S. Attorneys
Tel: (617) 748-3100

2

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 7, 2007.

                                                */s/ Lisa M. Asiaf*
                                                 LISA M. ASIAF