**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No.  05-cr-10226-RWZ |
| SAMNANG AM, | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S RULE 11(a)(2) PRESERVATION OF APPELLATE RIGHTS AND ASSENTED-TO MOTION TO ENTER CONDITIONAL PLEA**

The defendant, Samnang Am ("Defendant") respectfully requests this Honorable Court for consent to enter a conditional plea of guilty, reserving the right to have an appellate court review the adverse decision by this Court dated February 8, 2007 regarding Defendant's Motion to Suppress.  In support of this motion, Defendant states as follows:

1. This matter is currently scheduled to proceed to trial on Monday, May 14, 2007, at 9:00 a.m.

2. Defendant wishes to enter a conditional plea under Rule 11(a)(2), reserving the right to have an appellate court review the adverse decision by this Court on Defendant's Motion to Suppress.  Defendant specifically and expressly reserves his right to appeal that decision.

3. Rule 11(a)(2) requires the consent of the Court and the government before a defendant may enter a conditional plea.  As set forth below, the government has consented to this motion.

4. With the Court's consent, Defendant will enter a conditional plea on Monday, May 14,

2007, when this matter was scheduled to proceed to trial.

WHEREFORE, the defendant, Samnang Am, respectfully requests that this Honorable Court consent to the entry of a conditional plea of guilty on the above captioned indictment.

Dated: May 10, 2007                                                              Respectfully submitted,

SAMNANG AM,
By his attorney,

By:      */s/ Walter Underhill*
WALTER UNDERHILL, ESQ.
66 Long Wharf
Boston, MA
02110
Tel: (617) 523-5858
BBO# 506300

ASSENTED TO:

MICHAEL J. SULLIVAN
United States Attorney

By:      */s/ Lisa M. Asiaf*
LISA M. ASIAF
Assistant U.S. Attorney
Tel: (617) 748-3268