Honorable Jugde RYA W. Zobel
1 CourtHouse Way
Boston, MA. 02210

      RE: United States v. SAMNANG AM       May 4,2007

Dear Judge Zobel,
    I am writing you this letter,is to inform your honor of the major discrepansies I am expreriencing with my attorny Walter H. Underhill. I have expressed to him that I am willing to accept responsibility for the instant offense [Felon In Possession of a Firearm and Ammunittion Violation of 18 U.S.C. 922 [G][1].But strongely disagree to 924[E] Armed Career Criminal.Which the government believes I qualify for.To my understanding to qualify for A.C.C.,a defendant must have Three prior "Firearms related Felonies for Drug offenses or Violent Crime".It also states that the current crime also has to be a violent crime.
Which a Felon in possession is not a violent crime.Under Stinson V.Untied States [113 SCT 1913[1993].Presently I have only two adult Felonies.Just to inform your Honor my two adult convictions were charges of Assault and Batteries,which happen in Essex County Correctional Facility.Where I was being held at the time on another case,which got dismiss and not in the community.The third Felony the government is trying to use is a Juvnile, Case when I was 14 years old For a Assault and Batteries with a Dangerous weapon knife,I was charge as a Juvnile,it never resulted to an adult conviction,and I was place on Probation.It had been over Five years prior to the commencement of the instant offense.
 Therefore the harsh sentence that the A.C.C. holds, I feel It's important for the court to hear this argument,And have a hearing in front of you on the A.C.C., Because I feel that my Lawyer is not helping me to his best of ability on these matters.I greatly appreciated you for looking into these matters.Thank you for your time and consideration.

                            Sincerely,
                            Samnang Am