UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | | Criminal No. 1:05-cr-10226 RWZ |
| ) | | |
| ) | | |
| V. ) | | |
| ) | | |
| ) | | |
| SAMNANG AM ) | | |

## STATUS REPORT

The defendant Samnang Am's motion for a new trial was held on October 18, 2007 in the Lynn Juvenile Court. After hearing the motion was denied by (Edgerton, J.). As such the defendant's sentencing is ready to proceed.

          The defendant,
          SAMNANG AM

          By his attorney,


          '/s/Walter H. Underhill, Esquire'
          Walter H. Underhill, Esq.
          66 Long Wharf
          Boston, MA
          02110
          4th. Floor
          Tel. # 617-523-5858
          B.B.O. # 506300

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

SIGNED:   '/s/Walter H. Underhill, Esquire'
          WALTER H. UNDERHILL, ESQ.

DATE:            November 2, 2007