# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Notice of Appeal to the First Circuit Court of Appeal
From Orders of the United States District Court**

United States District Court for the District of Massachusetts

File Number: 1:05-cr-10226 RWZ

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff - Appelle )<br>               v.              )<br>                            )<br>SAMMANG AM                 )<br>    Defendant - Appellant | NOTICE OF APPEAL |

Notice is hereby given that the Plaintiff, Sammang Am, the Defendant – Appellant, does hereby appeal the sentence and rulings of the United States District Court upon the Defendant's pre-trial motion to suppress.

 

'/s/Walter H. Underhill, Esquire'
Attorney for Plaintiff Michael Gagliardi
66 Long Wharf
Boston, MA
02110
4th. Floor
Tel. # 617-523-5858
B.B.O. # 506300