UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10226

United States of America

v.

Sammang Am

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-3, 5-58

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  12/3/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 10, 2007.

Sarah A Thornton, Clerk of Court

By: _____
         Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 12/10/07.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10226-RWZ All Defendants

Case title: USA v. Am  
Magistrate judge case number: 1:05-mj-01676-CBS

Date Filed: 08/24/2005  
Date Terminated: 11/20/2007

Assigned to: Judge Rya W. Zobel

### Defendant

**Samnang Am** (1)  
*TERMINATED: 11/20/2007*  
also known as  
Sammang Am (1)  
*TERMINATED: 11/20/2007*

represented by **Walter H. Underhill**  
Law Office of Walter H. Underhill  
66 Long Wharf  
4th Floor  
Boston, MA 02110  
617-523-5858  
Fax: 617-523-7834  
Email: punderhill@comcast.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

### Pending Counts

18:922(g)(1) Felonin Possession of a Firearm and Ammunition  
(1)

### Disposition

The defendant was sentenced to 15 years BOP; 3 years SR; $100.00 SA; no fine; Standard Conditions apply; SC; drug treatment & testing; DNA sample;

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

18:922 (g) (1) Kowingly and willfully possess a firearm which has moved in interstate commerce while being a

### Disposition

convicted felon (18:922N.F)

**Plaintiff**

USA             represented by **Lisa M. Asiaf**
                United States Attorney's Office
                Major Crimes Unit
                John Joseph Moakley U.S. Courthouse
                Suite 9200
                Boston, MA 02210
                (617) 748-3268
                Fax: (617) 748-3951
                Email: lisa.asiaf@usdoj.gov
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2005 | 1 | COMPLAINT as to Samnang Am (1). (Roland, Lisa) [1:05-mj-01676-CBS] (Entered: 07/11/2005) |
| 07/06/2005 | 2 | AFFIDAVIT of John L. Kelter as to 1 Complaint. (Roland, Lisa) [1:05-mj-01676-CBS] (Entered: 07/11/2005) |
| 07/20/2005 |   | Arrest of Samnang Am (Roland, Lisa) [1:05-mj-01676-CBS] (Entered: 07/20/2005) |
| 07/20/2005 |   | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Initial Appearance as to Samnang Am held on 7/20/2005. Case called, Counsel (Asiaf, Underhill), PTS Picozzi & Defendant appear, Defendant notified of rights, charges & maximum penalties, Financial affidavit filed, Defendant notified of rights, charges & maximum penalites. Government moves for detention and continuance, Case continued to July 28, 2005 @ 11:30 am for P/C & Detention, Defendant remanded to the custody of the US Marshals. (4:26 p.) (Roland, Lisa) [1:05-mj-01676-CBS] (Entered: 07/20/2005) |
| 07/20/2005 | 5 | Judge Charles B. Swartwood : \CJA 20 as to Samnang Am: Appointment of Attorney Walter H. Underhill for Samnang Am. (Roland, Lisa) [1:05-mj-01676-CBS] (Entered: 08/04/2005) |
| 07/20/2005 | 6 | Judge Charles B. Swartwood : ORDER OF TEMPORARY DETENTION as to Samnang Am; Detention Hearing set for 7/28/2005 11:30 AM in Courtroom 16 before Magistrate Judge Charles B. Swartwood. (Roland, Lisa) [1:05-mj-01676-CBS] (Entered: 08/04/2005) |
| 07/27/2005 | 3 | MOTION to Continue *PROBABLE CAUSE & DETENTION HEARING* as to Samnang Am. (Underhill, Walter) [1:05-mj-01676-CBS] (Entered: 07/27/2005) |
| 08/03/2005 |   | Judge Charles B. Swartwood : Electronic ORDER entered granting 3 |

|  |  |  |
|---|---|---|
|  |  | Motion to Continue as to Samnang Am (1). "Allowed." cc/cl (Roland, Lisa) [1:05-mj-01676-CBS] (Entered: 08/04/2005) |
| 08/03/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to Samnang Am held on 8/3/2005, Preliminary Examination as to Samnang Am held on 8/3/2005. Case called. Counsel (Asiaf, Underhill), PTS Cuascut & Defendant appear, Government calls Agent Keltor, Cross, Defendant assents to an order of Detention but reserves his right to a hearing in the future, Order to issue, Defendant remanded to the custody of the US Marshals. (3:49 P.) (Roland, Lisa)[1:05-mj-01676-CBS] (Entered: 08/08/2005) |
| 08/03/2005 | 7 | EXHIBIT/WITNESS LIST re: P/C & Detention Hearing as to Samnang Am.(Roland, Lisa) [1:05-mj-01676-CBS] (Entered: 08/08/2005) |
| 08/04/2005 | 8 | Judge Charles B. Swartwood : MEMORANDUM OF PROBABLE CAUSE AND ORDER OF DETENTION as to Samnang Am, cc/cl. (Roland, Lisa) [1:05-mj-01676-CBS] (Entered: 08/08/2005) |
| 08/05/2005 | 9 | Arrest Warrant Returned Executed on 8/4/05 as to Samnang Am. (Hassett, Kathy) [1:05-mj-01676-CBS] (Entered: 08/09/2005) |
| 08/24/2005 | 10 | INDICTMENT as to Samnang Am (1) count(s) 1. (Gawlik, Cathy) (Entered: 08/26/2005) |
| 08/24/2005 | 11 | Judge Rya W. Zobel : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: pretrial proceedings as to Samnang Am (Gawlik, Cathy) (Entered: 08/26/2005) |
| 09/13/2005 |  | NOTICE OF HEARING as to Samnang Am; Arraignment set for 9/21/2005 02:30 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) (Entered: 09/13/2005) |
| 09/22/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Samnang Am (1) Count 1 held on 9/22/2005. Case called, Counsel (Casey, Underhill), PTS Cronin & Defendant appear, Defendant notified of rights, charges & maximum penalties, Not Guilty Plea entered by Samnang Am on count 1, Scheduling Order issued, Defendent previously detained and remanded to the custody of the US Marshals. (Digital Recording 10:21 A.) (Roland, Lisa) (Entered: 09/22/2005) |
| 09/22/2005 | 12 | NOTICE OF HEARING as to Samnang Am; Status Conference set for 11/3/2005 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) (Entered: 09/23/2005) |
| 09/22/2005 | 13 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Samnang Am: Time excluded from September 22, 2005 until October 6, 2005. cc/cl. (Roland, Lisa) (Entered: 09/23/2005) |
| 09/22/2005 | 14 | Judge Charles B. Swartwood : SCHEDULING ORDER as to Samnang Am. cc/cl. (Roland, Lisa) (Entered: 09/23/2005) |
| 11/04/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Charles B. |

| | | |
|---|---|---|
| | | Swartwood :Status Conference as to Samnang Am held on 11/4/2005. Case called, Counsel (Asiaf, Underhill) appear by telephone, Counsel request additional time, Oral Motion to exclude time, Case continued to 12/13/2005 @ 2:00, Status Report and Order on Excludable Time to issue. (Digital Recording 2:06 P.) (Roland, Lisa) (Entered: 11/04/2005) |
| 11/04/2005 | | Oral MOTION for Excludable Delay as to Samnang Am by USA. (Roland, Lisa) (Entered: 11/04/2005) |
| 11/04/2005 | 15 | Judge Charles B. Swartwood : STATUS REPORT as to Samnang Am; Status Conference set for 12/13/2005 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) (Entered: 11/10/2005) |
| 11/04/2005 | 16 | Judge Charles B. Swartwood : Order of Excludable Time as to Samnang Am (1). Time excluded from October 6, 2005 through December 13, 2005. cc/cl. (Roland, Lisa) (Entered: 11/10/2005) |
| 12/13/2005 | | ElectronicClerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Samnang Am held on 12/13/2005. Case called, Counsel (Asiaf, Underhill) appear by telephone, Counsel request additional time, Oral Motion to Exclude Time, Case continued, Status Report and Order on Excludable Time to issue. (Digital Recording 2:16 p.) (Roland, Lisa) (Entered: 12/22/2005) |
| 12/13/2005 | | Oral MOTION for Excludable Delay as to Samnang Am by USA. (Roland, Lisa) (Entered: 12/22/2005) |
| 12/19/2005 | 17 | Judge Charles B. Swartwood : STATUS REPORT as to Samnang Am; Status Conference set for 1/13/2006 03:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood. cc/cl. (Roland, Lisa) (Entered: 12/28/2005) |
| 12/19/2005 | 18 | Judge Charles B. Swartwood : ORDER of Excludable Time as to Samnang Am (1). Time excluded from December 13, 2005 through January 13, 2006. cc/cl. (Roland, Lisa) (Entered: 12/28/2005) |
| 01/26/2006 | | ElectronicClerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Samnang Am held on 1/26/2006. Case called, Counsel (Asiaf, Underhill) appear by telephone, Counsel request additional time, Oral Motion to exclude time, Case continued, Status Report and Order on Excludable Time to issue. (Digital Recording 2:22 p.) (Roland, Lisa) (Entered: 01/26/2006) |
| 01/26/2006 | | Oral MOTION for Excludable Delay as to Samnang Am by USA. (Roland, Lisa) (Entered: 01/26/2006) |
| 01/27/2006 | 19 | Judge Charles B. Swartwood : STATUS REPORT as to Samnang Am; Status Conference set for 3/6/2006 02:45 PM in Courtroom 1 before Magistrate Judge Timothy S. Hillman. cc/cl. (Roland, Lisa) (Entered: 02/06/2006) |
| 01/27/2006 | 20 | Judge Charles B. Swartwood : ORDER of Excludable Time as to Samnang Am (1). Time excluded from January 13, 2006 through March |

| | | |
|---|---|---|
| | | 6, 2006, cc/cl. (Roland, Lisa) (Entered: 02/06/2006) |
| 02/21/2006 | 21 | Case as to Samnang Am Assigned to Judge Timothy S. Hillman. Judge Charles B. Swartwood no longer assigned to the case. (Hassett, Kathy) Additional attachment(s) added on 3/3/2006 (Hassett, Kathy). (Entered: 02/21/2006) |
| 03/06/2006 | 22 | MOTION to Continue *STATUS HEARING* as to Samnang Am. (Underhill, Walter) (Entered: 03/06/2006) |
| 03/06/2006 | | Judge Timothy S. Hillman : Electronic ORDER entered granting 22 Motion to Continue as to Samnang Am (1). "ALLOWED." Status Conference set for 3/30/2006 02:15 PM in Courtroom 1 before Magistrate Judge Timothy S. Hillman. cc/cl. (Roland, Lisa) (Entered: 03/06/2006) |
| 03/27/2006 | 23 | Assented to MOTION to Continue *Status Conference Currently Set for 3/30/06 and to Exclude Time accordingly* as to Samnang Am by USA. (Asiaf, Lisa) (Entered: 03/27/2006) |
| 03/28/2006 | | Judge Timothy S. Hillman : Electronic ORDER entered granting 23 Motion to Continue Status Conference as to Samnang Am (1). Status Conference rescheduled to 4/14/2006 02:00 PM, IN BOSTON, Courtroom 16 before Magistrate Judge Timothy S. Hillman. cc/cl. (Roland, Lisa) (Entered: 03/28/2006) |
| 04/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Status Conference as to Samnang Am held on 4/14/2006. Case called, Counsel (Asiaf, Underhill-by telephone) appear, Counsel reqest additional time, Oral Motion to exclude time, Case continued, Status Report and Order on Excludable Time to issue. (Digital Recording 1:26 p.) (Roland, Lisa) (Entered: 04/20/2006) |
| 04/14/2006 | | Oral MOTION for Excludable Delay as to Samnang Am by USA. (Roland, Lisa) (Entered: 04/20/2006) |
| 04/18/2006 | 24 | Judge Timothy S. Hillman : ORDER entered. STATUS REPORT as to Samnang Am Status Conference set for 5/15/2006 02:15 PM in Courtroom 1 before Magistrate Judge Timothy S. Hillman. (cc/cl) (Jones, Sherry) (Entered: 04/20/2006) |
| 04/18/2006 | 25 | Judge Timothy S. Hillman : ORDER of Excludable Time as to Samnang Am (1). Time excluded from April 14, 2006 through May 15, 2006. cc/cl. (Jones, Sherry) (Entered: 04/20/2006) |
| 05/15/2006 | | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Status Conference as to Samnang Am held on 5/15/2006. Case called, Counsel (Asiaf, Underhill) appear by telephone, Counsel request additional time, Oral Motion to exclude time, Case continued, Status Report and Order on Excludable Time to issue. (Digital Recording 2:36 p.) (Roland, Lisa) (Entered: 05/15/2006) |
| 05/15/2006 | | Oral MOTION for Excludable Delay as to Samnang Am by USA. (Roland, Lisa) (Entered: 05/15/2006) |

| | | |
|---|---|---|
| 05/18/2006 | 26 | Judge Timothy S. Hillman : STATUS REPORT as to Samnang Am. Status Conference set for 6/6/2006 10:00 AM in Courtroom 1 before Magistrate Judge Timothy S. Hillman, cc/cl. (Roland, Lisa) (Entered: 05/24/2006) |
| 05/18/2006 | 27 | Judge Timothy S. Hillman : ORDER of Excludable Time as to Samnang Am (1). Time excluded from May 15, 2006 through June 6, 2006, cc/cl. (Roland, Lisa) (Entered: 05/25/2006) |
| 06/05/2006 | 28 | STATUS REPORT *for Final Status Conference on 6/6/06* by Samnang Am. USA as to Samnang Am (Asiaf, Lisa) (Entered: 06/05/2006) |
| 06/06/2006 | | ElectronicClerk's Notes for proceedings held before Judge Timothy S. Hillman :Status Conference as to Samnang Am held on 6/6/2006. Case called, Counsel (Asiaf, Underhill) appear by telephone, Counsel request that case be sent back to the District Judge, Final Status Report to issue. (Digital Recording 10:00 a.) (Roland, Lisa) (Entered: 06/08/2006) |
| 06/07/2006 | 29 | Judge Timothy S. Hillman : FINAL STATUS REPORT as to Samnang Am, cc/cl. (Roland, Lisa) (Entered: 06/08/2006) |
| 06/08/2006 | | Case as to Samnang Am no longer referred to Magistrate Judge Timothy S. Hillman. (Roland, Lisa) (Entered: 06/08/2006) |
| 07/07/2006 | 30 | MOTION to Schedule Initial Pretrial Conference and Exclude Time as to Samnang Amby USA. (Asiaf, Lisa) Modified on 7/10/2006 (Johnson, Jay). (Entered: 07/07/2006) |
| 07/10/2006 | | ELECTRONIC NOTICE OF HEARING as to Samnang Am Pretrial Conference set for 7/27/2006 03:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 07/10/2006) |
| 07/10/2006 | 31 | MOTION for Extension of Time to July 24, 2006 to File FILE MOTIONS TO SUPPRESS/DISMISS as to Samnang Am. (Underhill, Walter) (Entered: 07/10/2006) |
| 07/11/2006 | | Judge Rya W. Zobel : endorsedORDER entered granting 31 Motion for Extension of Time as to Samnang Am (1) Motions due by 7/24/2006. Responses due by 8/23/2006. The pretrial conference is canceled on 7/27/06. (Urso, Lisa) (Entered: 07/11/2006) |
| 07/24/2006 | 32 | MOTION to Suppress *EVIDENCE & STATEMENTS* as to Samnang Am. (Underhill, Walter) (Entered: 07/24/2006) |
| 08/17/2006 | 33 | MEMORANDUM in Support by Samnang Am re 32 MOTION to Suppress *EVIDENCE & STATEMENTS* (Attachments: # 1 # 2) (Underhill, Walter) (Entered: 08/17/2006) |
| 08/18/2006 | 34 | AFFIDAVIT in Support by Samnang Am re 32 MOTION to Suppress *EVIDENCE & STATEMENTS* (Underhill, Walter) (Entered: 08/18/2006) |
| 08/22/2006 | 35 | Assented to MOTION to Continue *Government's Deadline to 9/1/06 to Respond to Defendant's Motion to Suppress* as to Samnang Amby USA. (Asiaf, Lisa) (Entered: 08/22/2006) |

| 08/22/2006 | | Judge Rya W. Zobel : Electronic ORDER entered granting 35 Motion to Continue as to Samnang Am (1). Oppositions due 9/1/06. (Urso, Lisa) (Entered: 08/22/2006) |
|---|---|---|
| 09/01/2006 | 36 | MEMORANDUM in Opposition by USA as to Samnang Am re 32 MOTION to Suppress *EVIDENCE & STATEMENTS* (Asiaf, Lisa) (Entered: 09/01/2006) |
| 09/11/2006 | | ELECTRONIC NOTICE OF HEARING as to Samnang Am Evidentiary Hearing set for 10/4/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 09/11/2006) |
| 09/13/2006 | 37 | Letter (non-motion) regarding request for new counsel as to Samnang Am (Johnson, Jay) (Entered: 09/14/2006) |
| 09/19/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Samnang Am Evidentiary Hearing reset for 10/31/2006 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 09/19/2006) |
| 09/19/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Telephone Conference as to Samnang Am held on 9/19/2006; Judge speaks to counsel and continues the suppression hearing till 10/31/06; Counsel for defendant shall let the court know, if there are any changes in counsel; (Urso, Lisa) (Entered: 09/19/2006) |
| 10/31/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Motion Hearing as to Samnang Am held on 10/31/2006 re 32 MOTION to Suppress *EVIDENCE & STATEMENTS* filed by Samnang Am,. Goverment witness #1 Michael Vail; cross; redirect; recross; witness #2 Michael Kmiec; cross; redirect; recross; Judge takes matter under advisement; hearing continued to 11/7/06 at 3:00 mp.m. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 10/31/2006) |
| 11/07/2006 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Motion Hearing as to Samnang Am held on 11/7/2006 re 32 MOTION to Suppress *EVIDENCE & STATEMENTS* filed by Samnang Am; continued suppression hearing; defendant's witness #1 Samnang Am; dross; redirect; recross; Counsel argue; Judge takes the matter under advisement; (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 11/07/2006) |
| 02/08/2007 | 38 | Joint MOTION to Exclude *Under Speedy Trial Act* as to Samnang Amby Samnang Am, USA. (Asiaf, Lisa) (Entered: 02/08/2007) |
| 02/08/2007 | 39 | Judge Rya W. Zobel : ORDER entered denying 32 Motion to Suppress as to Samnang Am (1) (Urso, Lisa) (Entered: 02/08/2007) |
| 02/09/2007 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Telephone Conference as to Samnang Am held on 2/9/2007. Parties to file a joint motion to exclude time; Jury Trial set for 5/14/2007 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 02/09/2007) |
| 02/09/2007 | 40 | Joint MOTION to Exclude *Time from 2/9/07 to and including 5/14/07* |

| | | |
|---|---|---|
| | | *under Speedy Trial Act* as to Samnang Amby Samnang Am, USA. (Asiaf, Lisa) (Entered: 02/09/2007) |
| 02/09/2007 | | Judge Rya W. Zobel : endorsedORDER entered granting 40 Motion to Exclude as to Samnang Am (1) (Urso, Lisa) (Entered: 02/12/2007) |
| 03/07/2007 | 41 | TRANSCRIPT of Motion to Suppress (Day One) as to Samnang Am held on October 31, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/07/2007) |
| 03/07/2007 | 42 | TRANSCRIPT of Motion to Suppress (Day Two) as to Samnang Am held on November 7, 2006 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/07/2007) |
| 04/18/2007 | 43 | MOTION to Continue *May 14, 2007 Trial Date* as to Samnang Am. (Underhill, Walter) (Entered: 04/18/2007) |
| 04/20/2007 | | ELECTRONIC NOTICE OF HEARING as to Samnang Am Status Conference set for 5/3/2007 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 04/20/2007) |
| 05/03/2007 | 44 | MOTION to Withdraw Document 43 MOTION to Continue *May 14, 2007 Trial Date* as to Samnang Am. (Underhill, Walter) (Entered: 05/03/2007) |
| 05/03/2007 | | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Status Conference as to Samnang Am held on 5/3/2007 ; trial remains on 5/14; 2 days (Urso, Lisa) (Entered: 05/03/2007) |
| 05/04/2007 | 45 | EXHIBIT/WITNESS LIST by USA as to Samnang Am (Asiaf, Lisa) (Entered: 05/04/2007) |
| 05/04/2007 | 46 | Proposed Voir Dire by USA as to Samnang Am (Asiaf, Lisa) (Entered: 05/04/2007) |
| 05/04/2007 | 47 | Proposed Jury Instructions by USA as to Samnang Am (Asiaf, Lisa) (Entered: 05/04/2007) |
| 05/07/2007 | 48 | EXHIBIT/WITNESS LIST by USA as to Samnang Am (Asiaf, Lisa) (Entered: 05/07/2007) |
| 05/10/2007 | 49 | MOTION Assented To Motion To Accept Conditional Plea as to Samnang Am. (Underhill, Walter) (Entered: 05/10/2007) |
| 05/10/2007 | | Judge Rya W. Zobel : endorsedORDER entered granting 49 Motion to enter conditional plea as to Samnang Am (1) (Urso, Lisa) (Entered: 05/10/2007) |
| 05/10/2007 | 51 | Letter (non-motion) regarding Sentencing as to Samnang Am (Johnson, |

| | | |
|---|---|---|
| | | Jay) (Entered: 05/14/2007) |
| 05/14/2007 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to Samnang Am held on 5/14/2007, Plea entered by Samnang Am (1) Guilty Count 1. Sentencing set for 9/6/2007 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.)(Urso, Lisa) (Entered: 05/14/2007) |
| 05/14/2007 | 🔵50 | Judge Rya W. Zobel : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Samnang Am Sentencing set for 9/6/2007 02:00 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 05/14/2007) |
| 05/24/2007 | 🔵52 | Judge Rya W. Zobel : ORDER entered re; records as to Samnang Am (Urso, Lisa) (Entered: 05/30/2007) |
| 05/24/2007 | 🔵53 | Judge Rya W. Zobel : ORDER entered re records as to Samnang Am (Urso, Lisa) (Entered: 05/30/2007) |
| 08/30/2007 | 🔵54 | MOTION to Continue *Sentencing* as to Samnang Am. (Underhill, Walter) (Entered: 08/30/2007) |
| 09/04/2007 | 🔵55 | Second MOTION to Continue *Sentencing* as to Samnang Am. (Underhill, Walter) (Entered: 09/04/2007) |
| 09/05/2007 | 🔵 | Judge Rya W. Zobel : endorsedORDER entered granting 55 Motion to Continue as to Samnang Am (1). Defendant shall report the status of the state case on or before 10/31/07. (Urso, Lisa) (Entered: 09/05/2007) |
| 11/02/2007 | 🔵56 | STATUS REPORT *RE: MOTION FOR NEW TRIAL* by Samnang Am (Underhill, Walter) (Entered: 11/02/2007) |
| 11/05/2007 | 🔵 | ELECTRONIC NOTICE OF HEARING as to Samnang Am Sentencing set for 11/20/2007 09:30 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 11/05/2007) |
| 11/20/2007 | 🔵 | Electronic Clerk Notes for proceedings held before Judge Rya W. Zobel : Sentencing held on 11/20/2007 for Samnang Am (1), Count(s) 1, The defendant was sentenced to 15 years BOP; 3 years SR; $100.00 SA; no fine; Standard Conditions apply; SC; drug treatment & testing; DNA sample;.. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 11/20/2007) |
| 11/20/2007 | 🔵57 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Samnang Am (1). Count(s) 1, The defendant was sentenced to 15 years BOP; 3 years SR; $100.00 SA; no fine; Standard Conditions apply; SC; drug treatment & testing; DNA sample; (Urso, Lisa) (Entered: 11/21/2007) |
| 12/03/2007 | 🔵58 | NOTICE OF APPEAL by Samnang Am NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/24/2007. (Underhill, Walter) (Entered: 12/03/2007) |