Samnang am
Reg. No. 25721-038 Unit 1B
U.S. Penitentiary Allenwood
P.O. Box 3000
White Deer, PA. 17887
April, 14, 2008

Office of the clerk
One Courthouse Way
Boston, Mass. 02210

Dear Clerk of Court,

I'm requesting to get my docket-entry-sheet. I would appreciated it alot if you could send me a copy. Because I'm having a hard time getting in contact with my Lawyer Case # 05 CR 10226 RWZ.

Thank you very much

Sincerely,
Samnang Am