BP-S327.058  **RETURNED CORRESPONDENCE** CDFRM
MAY 94 BEC 97

| U. S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| TO: US District Court<br>1 Courthouse Way, Suite 2300<br>Boston, MA. 02210 | FROM: U.S. Penitentiary - Allenwood<br>P.O. BOX 3500<br>White Deer, PA   17887 |
| RE:<br>Am, Samnang          #25721-038     1B | DATE:<br>JUL 0 1 2008 |

Your correspondence to the above named inmate is being returned.  This correspondence was not delivered to the inmate because:

In accordance with P.S. 5265.11 Correspondence, "The Warden may reject correspondence sent by or to an inmate if it is determined detrimental  to the security, good order, or discipline of the institution, to the protection of the public, or if it might facilitate criminal activity."

   **1 (one) partial copy of a criminal docket.**

The rejection of this correspondence is in accordance with the Federal Bureau of Prisons policy on "Correspondence" as published in Title 28 Code of Federal Regulations, Part 540 and in the Federal Bureau of Prisons Program Statement on correspondence.  You have the right to appeal this rejection by writing the Warden in care of the above address.  The inmate to whom you address your correspondence has been notified that this correspondence has been returned to you and of his or her right to appeal the rejection.

M. Tanner, CMC
             (Printed or Typed Name and Written Signature of the Warden)

Record Copy - Addressee (with Correspondence); Copy - Inmate; Copy - File (with copy of Correspondence)

(This form may be replicated via WP)                              Replaces BP-327(58) of FEB 84
DATE

Sensitive Limited Official Use Only

| 11/20/2007 | | Electronic Clerk Notes for proceedings held before Judge Rya W. Zobel : Sentencing held on 11/20/2007 for Samnang Am (1), Count(s) 1, The defendant was sentenced to 15 years BOP; 3 years SR; $100.00 SA; no fine; Standard Conditions apply; SC; drug treatment & testing; DNA sample;.. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 11/20/2007) |
|---|---|---|
| 11/20/2007 | 57 | Judge Rya W. Zobel : ORDER entered. JUDGMENT as to Samnang Am (1), Count(s) 1, The defendant was sentenced to 15 years BOP; 3 years SR; $100.00 SA; no fine; Standard Conditions apply; SC; drug treatment & testing; DNA sample; (Urso, Lisa) (Entered: 11/21/2007) |
| 12/03/2007 | 58 | NOTICE OF APPEAL by Samnang Am Re 39 Order denying motion to suppress and 57 Judgment. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/24/2007. (Underhill, Walter) Modified on 12/12/2007 (Johnson, Jay). (Entered: 12/03/2007) |
| 12/07/2007 | | (Court only) ***Staff Notes as to Samnang Am:Case Assembled and sent to COA (internal) (Johnson, Jay) (Entered: 12/07/2007) |
| 12/10/2007 | 59 | Certified and Transmitted Record on Appeal as to Samnang Am to US Court of Appeals re 58 Notice of Appeal, (Attachments: # 1 docket sheet)(Ramos, Jeanette) (Entered: 12/10/2007) |
| 12/17/2007 | 60 | USCA Case Number as to Samnang Am 07-2794 for 58 Notice of Appeal, filed by Samnang Am. (Ramos, Jeanette) (Entered: 12/17/2007) |
| 02/27/2008 | | TRANSCRIPT ORDER ACKNOWLEDGMENT FORM received from USCA and addressed to Catherine A. Handel as to Samnang Am' Transcript order form filed in USCA on January 22, 2008. Transcript ordered: 11/20/07 Hearing due by 4/28/2008. (Scalfani, Deborah) (Entered: 02/27/2008) |
| 04/09/2008 | 61 | TRANSCRIPT of Sentencing Hearing as to Samnang Am held on November 20, 2007 before Judge Zobel. Court Reporter: Catherine A. Handel. The original transcripts are maintained by the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/261-0555 or the Clerk's Office. (Scalfani, Deborah) (Entered: 04/09/2008) |
| 04/09/2008 | 62 | Transmitted Supplemental Record on Appeal as to Samnang Am re 58 Notice of Appeal, Documents included: 61 (Scalfani, Deborah) (Entered: 04/09/2008) |
| 04/22/2008 | 63 | Letter (non-motion) regarding request for docket sheet as to Samnang Am (Johnson, Jay) (Entered: 04/22/2008) |
| 04/22/2008 | | Docket sheet sent to Samnang Am (Johnson, Jay) (Entered: 04/22/2008) |